UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>    v. )<br>)<br>(5)    ROBYN COSTA, )<br>    Defendant    ) | Cr. No. 21-10208-NMGs |

ASSENTED-TO MOTION FOR RULE 11 HEARING

Now comes the United States, through undersigned counsel, and with the assent of the defendant respectfully requests that the Court schedule this matter for a Rule 11 hearing on a date in late July 2022, or a date thereafter that is convenient to the Court and the parties.

Respectfully submitted,

RACHAEL S. ROLLINS
United States Attorney

By:    */s/ Alathea E. Porter*
       ALATHEA E. PORTER
       Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2022.

*/s/ Alathea E. Porter*
ALATHEA E. PORTER
Assistant U.S. Attorney