UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                      )         Case No. 21-cr-10208-NMG<br>)<br>ROBYN COSTA                               )<br>    Defendant.                                  )<br>_____) | |

**DEFENDANT'S MOTION TO CONTINUE RULE 11 HEARING**

Defendant, Robyn Costa, hereby requests to continue her Rule 11 hearing to late August. While assenting to the motion for Rule 11, counsel for Ms. Costa did not realize the hearing sought a date in late July. Counsel will be on trial in Suffolk on a homicide case that is expected to run the last two weeks of July (and maybe into early August). Accordingly, counsel is asking for a date in late August that will work better with his schedule. The Government assents to this motion.

Respectfully Submitted,

ROBYN COSTA
By her attorney,

Dated:  June 2, 2022            */s/ Eric Tennen*
                                              Eric Tennen, BBO #650542
                                              Swomley & Tennen, LLP
                                              50 Congress Street, Suite 600
                                              Boston, MA 02109
                                              617.227.9443
                                              etennen@swomleyandtennen.com

1

2

## CERTIFICATE OF SERVICE

      I, Eric Tennen, hereby certify that on June 2, 2022, this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

                                                      */s/ Eric Tennen*
                                                       Eric Tennen