UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>ROBYN COSTA )<br>    Defendant. )<br>) | Case No. 21-cr-10208-NMG |

MOTION TO WITHDRAW

Counsel of record for the defendant hereby seeks to withdraw from this matter. Counsel will be starting a new job on September 6, 2022. Counsel asks the court to appoint a new attorney.[1]

Respectfully Submitted,

ROBYN COSTA
By her attorney,

Dated:  8.15.22

*/s/ Eric Tennen*
Eric Tennen, BBO #650542
Swomley & Tennen, LLP
50 Congress Street, Suite 600
Boston, MA 02109
617.227.9443
etennen@swomleyandtennen.com

---

[1] Counsel has spoken with Attorney Jessica Hedges who is willing to be appointed if the Court approves.

1

## CERTIFICATE OF SERVICE

    I, Eric Tennen, hereby certify that on August 15, 2022 , this document, filed through the CM/ECF system, will be sent electronically to all registered participants in this matter as identified on the Notice of Electronic Filing (NEF).

*/s/ Eric Tennen*
Eric Tennen
