UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>ROBYN COSTA )  | Criminal No. 1:21-cr-10208-NMG-5 |

**Defendant's Assented to Motion**
**To Continue Rule 11 Hearing**

Now comes the defendant, Robyn Costa, and respectfully moves this Honorable Court to continue her Rule 11 hearing from September 30, 2022 to November 29, 2022 or November 30, 2022.

As grounds therefore, counsel for the defendant is requesting additional time in order to review the case with the defendant. In connection with this motion, the defendant assents to excluding time under the Speedy Trial Act. See 18 USC § 3161(h)(7)(A).

The United States, through its attorney, Alathea E. Porter, assents to this Motion.

Respectfully submitted,

The defendant, by her attorney,

/s/ *Liam Scully*

Liam Scully
Scully & Lagos
101 Summer St.
Boston, MA  02110
September 28, 2022                                    Tel: 617-307-5056

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 28, 2022.

                                                */s/ Liam Scully*
                                                Liam Scully