Exhibit Nine

My name is Robyn Ann Costa I am 38 years old. I am a single mother of a Thirteen year old girl. I am currently detained at the Wyatt Detention Facility.

I am writing this letter to give my sincere apology, but first I would like to thank you your Honor and Alathea Porter for taking the time out of your day to read my letter that I am sending you at this time. I want the court to know this situation has affected me and my family in ways I can't express. Today I chose to write this letter because I have accepted responsibility of my crime and my wrong doing.

I come from a loving family. I was born and raised in Brockton Ma. My parents are James and Helen Costa. My father is an Electrical Engineer and my mother was a teacher's aide for the Brockton Public Schools. My parents raised three children in Brockton. I went to Brockton public schools my entire life. Growing up in grade school I was always in special classes. I had a hard time reading, writing, spelling and math. I was in speech therapy classes as well. At one point I stopped speaking because school was too hard for me. Knowing now as an adult having ADD and Anxiety I should have been put on medication to help me at a young age. I was afraid to go to school because I struggled more than my other classmates. But I learned how to deal with it as I got older.

My parents put me in to soccer. I was very good. I played on traveling teams and indoor soccer teams. I spent most of my time at soccer practice or at soccer games. I played for ten years and if drugs didn't get in the way I could have gotten a scholarship if I just stayed with it who knows.

As I got a little older my grandmother passed away when I was in the seventh grade. My grandmother was my world I spent all my time with her and I looked at her as a mother to me. When I lost her I felt like my world was lost too. when she passed away a piece of me went with her. After losing her I also turned to smoking weed. With my parents being busy with thier other children and their own lives I was able to get away without them knowing. So I dealt with the pain of losing my grandmother out on smoking weed. The weed lead me to smoking cigarettes and the cigarettes lead me to alcohol. This just got worse when I got to high school.

In High school I still played soccer up until my junior year. I was too busy smoking weed and cigarettes to play soccer. And on the weekend we would drink. When I was a Senior I became addicted to Oxycontin. I had no idea you could become addicted to anything until it was too late. But I still graduated High School with a full blown habit. I turned to heroin a few times but at this point I wasn't addicted to heroin yet. I went to CNA School in South Boston at Marion Manor and then got a job working at a nursing home. I also went back to school at Lincoln Tech for a Medical Administrative Assistant and managed to get a really good job. But with my addiction to pills got worse and lead me to heroin and I had to quit my job. My family sectioned me and I ended up in New Bedford at a locked facility for women. But I only stayed clean for 8 months. I was getting high on heroin by myself and I could have died. Thankfully two of my friends from Narcotics Anonymous took me to detox. I was only using for a few weeks and in those few weeks I managed to lose my job and apartment I was homeless. I did not want to live like that anymore. From that day I was sent to detox and then to steppingstone in Fall River and I was on my road to recovery.

After I left Steppingstone I had a job working at a recovery center called High Point in New Bedford I worked there for a few years. I had my own apartment and I was staying clean. I got pregnant with my daughter when I was three years sober and I feel like my daughter was sent to keep me sober. Which she did for 12 years. I never picked up another drug until I relapsed in 2019.

In 2019 was when we almost lost my father to a stroke. He was in the hospital with eight machines keeping him alive. We didn't know if he was going to make it. Having my father in the hospital was a tragedy for my family. We didn't know what to do but to stay by his side. I on the other hand got fired from my job. I was a single mom broke with no job, looking everywhere for a job and I was looking for some quick cash in the wrong place. And that lead me to hanging around the wrong people. Losing my sobriety was my biggest mistake ever. I had no idea it could take my whole life from me. At the time I started smoking meth I just finished my degree in criminal justice. I never got the chance to use my degree. I worked very hard to get that degree. Now because of my addiction will I have to throw it out the window because of my poor choice that I made? Not only have I lost my degree I've lost my daughter because of my addiction. I have not been able to speak to my daughter in over three years. Meth ruined my life. The only thing I got out of smoking meth is a prison sentence. I must say I am lucky to be alive due to my addiction so that I am grateful for. Some people don't make it out alive when they relapse. They say Jails, institutions, and death. The day the Feds picked me up I was very depressed I was on the ankle bracelet from state court on home confinement and I did not want to live anymore. I had enough prescription drugs and street drugs to end my life but God had another plan for me. Even though it wasn't in a good way but those agents saved my life when I opened that door on July 8th 2021. And today looking back on that day I am grateful because I don't know what I would of done if I was left alone another day. I know all I felt was that I had willfully hurt and disappointed everyone I loved and I carelessly thrown my life away.

I have experienced a lot of extreme hardships not being with my family and losing my freedom and I am truly sorry. I am on the right path in my recovery as I am on the Mat program and I have learned the tools to continue my sobriety. I am sure with my degree although I am a felon I can find a job when I am released and I can continue to walk a straight path for myself and my family. I am hoping to seek employment as a counselor and a mentor for recovering addicts and tell my story and help women who have been through the pain and suffering I have been through.

I have trust in God and myself that I will not repeat my past behaviors as I have deeply remorse for my behavior that led me to commit a crime. I made bad decisions on both a practical and a moral level. I acted selfishly, without regards for others, I knowingly broke the law, I lied to my family, and I distanced myself from my friends. I know I've made lots of mistakes in my life but this is by far the worst and will always be the worst mistake ever. I am very fortunate to have the family support and recourses to live a better life.

I want the court to know I will remain around positive and productive people in society. I am pleading to the court to give me a chance to go back into society and restart my life. I feel shame with my family, my daughter, the court, the government and of course myself.

I need your sincere consideration in my sentencing, please factor everything that I am saying in this letter as I wrote from my heart. Being in prison has taught me a big lesson and I'm ready to be a productive, good and sober human being. I am prepared to face the consequences of my actions, and accept whatever punishment the court decides upon. I am truly sorry for all the harm I have caused to others and the community. I know the court will deal fairly with me.

I want to thank the court for appointing me a good lawyer who cares and has defended me with respect and honor, as also the prosecutor and the agents who have given me the opportunity to tell the truth in this case. Your Honor Thank You for hearing my story and considering my case.