# Exhibit Eleven

# CENTRAL FALLS
## DETENTION FACILITY CORPORATION

February 6, 2023

To Whom It May Concern:

Although COVID has limited programming in recent years, the Donald W. Wyatt Detention Facility was proud to have the opportunity to facilitate a therapeutic drumming collaborative program at the facility. This was an 8 week program that incorporated the playing of Afro/Afro-Caribbean percussion, as well as percussion instruments from other parts of the world, the history of the instruments, some experiences from the instructor of playing with different cultures around the world, as well as tying it in with substance abuse. Topics such as the whole being greater that each individual, team work, getting through struggles, sharing, teaching each other, "natural highs" etc. were all explored both via conversation and via the experience as a whole.

This is our third successful session of the drumming program. This time, a total of eight detainees completed this program. Despite a number of challenges – facility needs causing us to cancel class, "outside life" rescheduling, battling conflicting detainee work schedules and visitation, as well as the "fear of the unknown" faced because these detainees did not know how their program would be received – these eight individuals were able to put together a program of a number of separate pieces that they chose and worked on with the facilitator.   During the performance they also participated in "each one teach one" where audience members are given instruments and taught by the entire ensemble how to play.  The pieces were fairly short, but each detainee also took the opportunity to speak on what they got out of the program.

It was a pleasure to have Robyn Costa as part of this program - Therapeutic Drumming Collaborative. She was an integral part of the program's success.  Robyn donated her time and effort to the program making it a better presentation The detainees participating in this program must show dedication to and belief in the programs' goals.  They receive no compensation for their efforts other than the satisfaction of possibly having made a difference in their own life, and potentially the lives of those that experience the program after them. We congratulate Robyn Costa for her hard work and ownership in this collaborative.

Sincerely,

Major Kristen Damaso

# CENTRAL FALLS
# DETENTION FACILITY CORPORATION

February 23, 2023

Kristen Damaso
Chief of Programs
Donald W. Wyatt Detention Facility
950 High Street
Central Falls, RI 02863

RE: Detainee Costa Robyn
To Whom It May Concern:

As believers in the thought process" Clear your space, Clear your mind" The Wyatt Detention Facility Programs department recently spearheaded a painting/cleaning detail in all of our housing units including painting cells, painting the day room walls and railings, cleaning staircases, freshening up bulletin boards, painting showers, and general cleaning of living space to reduce clutter. Although not forced to help, detainees were asked if they wanted to assist in the process. Some detainees refused to help, some detainees complained about the inconvenience but some detainees stepped up and helped the staff assist in the details. This was helpful not only to complete the project but also to help change the mindset and tone of the detainee population to a teamwork effort.

It was a pleasure to have Ms. Costa on the detail team. While on the team, she was an integral part of the success of the detail. Detainee Costa has donated her time and effort to improve the space where all of the detainees currently lay their heads. We thank her for her time, effort, and dedication to their housing unit, and the facility as a whole.

Sincerely,

*[signature]*

Major Kristen Damaso
Chief of Programs



April 24, 2023

To whom it may concern,

This letter is to inform you that Robyn Costa (D.O.B 8/4/1985) has participated in individual substance use counseling at Wyatt Detention Center beginning 09/26/2022. Robyn doses daily and has been seen at all scheduled counseling and group sessions by this writer. Robyn continues to be extremely engaged in treatment as well as being compliant in having all zero-positive drug test screens. Counseling sessions involve behavioral chain analysis to process relapse, and relapse prevention techniques for the future. Sessions also focus on the development of healthy coping skills, boundary setting and stress management. It is in this writer's opinion that Robyn is in full compliance with her individual substance use treatment. It is my recommendation that Robyn continue with other recovery activities including groups and individual therapy upon release from Wyatt Detention Center.

Please feel free to reach out to me with any questions
    lfisher@codacinc.org   (401) 403 6496

*Larry Fisher, PhD*

Larry Fisher, PhD
Lead Clinician, Wyatt Detention Center



CODAC @ Health Lane – Thrive    50 Health Lane, Warwick, RI 02886    (401) 384-7300